LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139

JS-6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 SECTION 401(k) PLAN; BOARD OF TRUSTEES OF SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF LOCAL 88 INDUSTRY STABILIZATION PROGRAM; and BOARD OF TRUSTEES OF LOCAL 88 APPRENTICE TRAINING AND JOURNEYMAN EDUCATIONAL FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>IDEAL MECHANICAL, INC.; FRANK S. VUCKOVIC; JAMES R. BROUGHTON; and CATHERINE A. VUCKOVIC,<br><br>    Defendants. | Case No. CV12-4029 RGK (AJWx)<br><br>STIPULATED JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs, Board of Trustees of Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of Sheet Metal Workers' Local 88 Section 401(k) Plan ("401(k) Plan"); Board of Trustees of Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc. ("Dues Fund"); Board of Trustees of Sheet Metal Workers' Local 88 Retiree Health Plan ("Retiree Fund"); Board of Trustees of Local 88 Industry Stabilization Program ("Industry Fund"); and Board of Trustees of Local 88 Apprentice Training and Journeyman Educational Fund ("JATC") (collectively the "Plans" or the "Trust Funds"), and individual defendants Frank S. Vuckovic, James R. Broughton and Catherine A. Vuckovic (collectively, "Individual Defendants"), and Ideal Mechanical, Inc. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Company and the Individual Defendants are indebted to the Plans in the total amount of $150,060.68, broken down as follows: contributions in the amount of $88,175.59 for the work months of December 2011 ($5,502.30), January 2012 ($14,367.39), February 2012 ($14,202.63), March 2012 ($22,217.37), May 2012 ($14,524.28) and June 2012 ($17,361.62); contributions pursuant to an audit in the amount of $2,593.34 for the audit period work months of January 2006 through December 2009; $34,182.06 in late filing fees and liquidated damages accrued pursuant to the monthly delinquencies; $518.66 in liquidated damages on the audit discrepancy; interest in the amount of $17,091.03; and attorney fees in the amount of $7,500.

3. Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $150,060.68 for delinquent employee benefit plan contributions, liquidated damages, attorney fees and costs,

together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

4. This Court retains jurisdiction over this matter through December 31, 2013 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by defendants.

**IT IS SO ORDERED.**



Dated: August 28, 2012         _____
                                Hon. R. Gary Klausner